■ PATRICIA H. MARSHALL, Plaintiff, v. NEW YORK CENTRAL RAILROAD COMPANY et al., Defendants.— Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Gibson, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ABRAM JACOBS, Appellant.— Motion for leave to prosecute appeal as a poor person and for assignment of counsel. Motion denied on the ground that an examination of the papers discloses no merits to the appeal. Present — Foster, P. J., Bergan, Coon, Halpern and Gibson, JJ.

■ FRED GRAZIANE, Respondent-Appellant, v. ERNEST H. ROWLAND, Appellant-Respondent.— Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Gibson, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HENRY J. WHALEN, Appellant.— Motion for leave to appeal upon hand-written record and briefs. Motion denied on the ground that the moving papers show no meritorious grounds for appeal. (People v. La Mere, 4 A D 2d 840.) Present — Foster, P. J., Bergan, Coon, Halpern and Gibson, JJ.

■ In the Matter of the Claim of JANE SMYTH, Respondent, against PINKERTON NATIONAL DETECTIVE AGENCY et al., Appellants, and AGGREGATE TRUST FUND, Respondent. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion for reargument, or in the alternative, for permission to appeal to the Court of Appeals denied, with $10 costs. Present — Foster, P. J., Bergan, Coon, Halpern and Gibson, JJ. [See ante, p. 726.]

■ In the Matter of the TOWN OF WATERFORD et al., Petitioners, against WATER POLLUTION CONTROL BOARD, Respondent.— Motion for permission to appeal to the Court of Appeals granted, without costs. This court certifies that questions of law have arisen which in its opinion ought to be reviewed by the Court of Appeals. Present — Foster, P. J., Bergan, Coon, Halpern and Gibson, JJ. [See ante, p. 415.]

■ DANIEL R. CUGLAR et al., Appellants, v. POWER AUTHORITY OF THE STATE OF NEW YORK et al., Respondents. VIOLET W. WAREING et al., Appellants, v. POWER AUTHORITY OF THE STATE OF NEW YORK et al., Respondents. EVERETT W. WHALEN et al., Appellants, v. POWER AUTHORITY OF THE STATE OF NEW YORK et al., Respondents. ABRAHAM BECKER, Appellant, v. POWER AUTHORITY OF THE STATE OF NEW YORK et al., Respondents. VIOLET I. STEWART, Appellant, v. POWER AUTHORITY OF THE STATE OF NEW YORK et al., Respondents.— Motion for permission to appeal to the Court of Appeals denied, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Gibson, JJ. [See ante, p. 801.]

■ In the Matter of the Claim of ISABELLE G. BABKEES, Respondent-Appellant, against ELECTROLUX CORPORATION et al., Appellants, and ÆTNA LIFE INSURANCE COMPANY, Respondent. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion for reargument, or in the alternative, for permission to appeal to the Court of Appeals denied, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Gibson, JJ. [See ante, p. 710.]

■ HERMAN CANTER, Respondent, v. AMERICAN CYANIMID COMPANY, Respondent; INTER-COUNTY FARMERS COOPERATIVE ASSN. INC., Appellant, and RAPHAEL S. Moss et al., Copartners under the Name of GARDEN STATE SUPPLY Co., Respondent.— Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Gibson, JJ.

■ NATIONAL GRANGE MUTUAL LIABILITY COMPANY, Plaintiff, v. PATRICK J. FITZPATRICK et al., Defendants.— Appeal dismissed by stipulation, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Gibson, JJ.